# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Veronica Allen, <br> Plaintiff <br> vs. <br> FCA US LLC, <br> Defendant. | CASE NO.: 2:21-cv-03320-SVW-E <br><br> JUDGMENT <br><br> JS - 6 |

Pursuant to the Acceptance of Offer of Judgment, filed on December 20, 2021, judgment is entered for plaintiff and against defendant, pursuant to the conditions set for in the Offer of Judgment. The Court DENIES the condition to retain jurisdiction to enforce settlement terms.

DATE:   January 3, 2022

PM Cruz
Clerk of the Court