```
                    FILED
         CLERK, U.S. DISTRICT COURT

              June 1, 2022

      CENTRAL DISTRICT OF CALIFORNIA
      BY:        PMC         DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA ALLEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US, LLC; CROWN DODGE CHRYSLER JEEP RAM; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:21-CV-03320-SVW (Ex)<br><br>District Judge:　Hon. Stephen V. Wilson<br>Magistrate Judge: Hon. Charles F. Eick<br><br>**ORDER RE JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: May 29, 2020 |

Based on a review of the Joint Stipulation and Order for Dismissal with Prejudice (the "Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, the above-captioned action is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED:_____June 1_____, 2022

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　　　United States District Judge